1  SIDNEY J. COHEN, ESQ., State Bar No.  39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA  94610
3  Telephone:  (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

5
            UNITED STATES DISTRICT COURT

6        NORTHERN DISTRICT OF CALIFORNIA

7
   CAROLYN MARTIN                      CASE NO.  C 11-01620 LB
8                                      Civil Rights
           Plaintiff,
9
   V.
10
   DOMINIC'S ORIGINAL GENOVA           **MOTION, STIPULATION, AND**
11 DELICATESSEN, INC;                  **[PROPOSED] ORDER FOR**
   TEMESCAL PLAZA, LLC;                **ADMINISTRATIVE RELIEF FOR**
12 and DOES 1-25, Inclusive,           **CASE MANAGEMENT**
                                       **CONFERENCE**
13         Defendants.
   _____/    Pursuant to  General Order 56  And
14                                      Local Civil Rule 7-11 and 7-12

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MOTION AND STIPULATION**

Plaintiff and Defendants, by and through their attorneys of record, file this "MOTION, STIPULATION, AND  [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE," and stipulate as follows:

1.      Plaintiff brought this action against defendant alleging violations of Title III of the Americans With Disabilities Act and related state statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

2.      On June 5, 2012, the parties held the second of two lengthy mediations  conducted by mediator Jocelyn Burton.

3.      On July 5, 2011 the ADR Unit e filed Ms. Burton's "Certification of ADR Session" advising that the case had not fully settled, that further facilitated discussions are not expected, and that the ADR process is complete (See Docket item 23)

4. Because the case has not  resolved at mediation, and because General Order 56 requires that a  Motion For Administrative Relief requesting a Case Management Conference be filed within seven (7) days of the filing of the ADR Certification, the parties request that the court order a case management conference.

It is so Stipulated:

Date:  7/6/12                          SIDNEY J. COHEN
                                      PROFESSIONAL CORPORATION
                                      /s/ Sidney J. Cohen

_____

                                      Sidney J. Cohen, Attorney for  Plaintiff
                                      Carolyn Martin

Date:                                 JACKSON & LEWIS LLP
                                      /s/ Dylan B. Carp

                                      _____
                                      Dylan B. Carp, Attorneys for Defendant
                                      Temescal Plaza, LLC

Date: 7/6/12                      BARABAN & TESKE
                                  /s/ James S. Link
_____

_____   James S. Link
                                  Attorney for Defendant Dominic's
                                  Original Genova Delicatessen, Inc.
_____

### ORDER

Having considered the parties' Motion and Stipulation, and for

good cause shown, the court sets a case management conference for 10:30 A.M.

on Thursday, August 23, 2012 . The parties shall e file a joint case management

statement by no later than August 16, 2012 .

### IT IS SO ORDERED.

**Date:** July 13, 2012

_____

                                  Laurel Beeler
                                  United States Magistrate Judge

Motion For Administrative Relief For Case
Management Conference                    -2-