SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN | CASE NO.  C 11-01620 LB |
|      Plaintiff, | <u>Civil Rights</u> |
| V. | |
| DOMINIC'S ORIGINAL GENOVA DELICATESSEN, INC; TEMESCAL PLAZA, LLC; and DOES 1-25, Inclusive, | **MOTION, STIPULATION, AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE** |
|      Defendants. _____/ | Pursuant to  General Order 56  And Local Civil Rule 7-11 and 7-12 |

**MOTION AND STIPULATION**

Plaintiff and Defendants, by and through their attorneys of record, file this "MOTION, STIPULATION, AND  [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE," and stipulate as follows:

1.    Plaintiff brought this action against defendant alleging violations of Title III of the Americans With Disabilities Act and related state statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

2.    On June 5, 2012, the parties held the second of two lengthy mediations  conducted by mediator Jocelyn Burton.

3.    On July 5, 2011 the ADR Unit e filed Ms. Burton's "Certification of ADR Session" advising that the case had not fully settled, that further facilitated discussions are not expected, and that the ADR process is complete (See Docket item 23)

4. Because the case has not  resolved at mediation, and because General Order 56 requires that a  Motion For Administrative Relief requesting a Case Management Conference be filed within seven (7) days of the filing of the ADR Certification, the parties request that the court order a case management conference.

It is so Stipulated:

Date:  7/6/12

SIDNEY J. COHEN
PROFESSIONAL CORPORATION
/s/ Sidney J. Cohen

_____

Sidney J. Cohen,Attorney for  Plaintiff
Carolyn Martin

Date:

JACKSON & LEWIS LLP
/s/ Dylan B. Carp

_____

Dylan B. Carp, Attorneys for Defendant
Temescal Plaza, LLC

Date: 7/6/12                          BARABAN & TESKE
                                      /s/ James S. Link
_____
                          _____James S. Link
                                      Attorney for Defendant Dominic's
                                      Original Genova Delicatessen, Inc.
_____

## ORDER

     Having considered the parties' Motion and  Stipulation, and for

good cause shown, the court sets a case management conference for 10:30 A.M.

on Thursday, _August 23, 2012_ . The parties shall e file a joint case management

statement by no later than _August 16, 2012_ .

### IT IS SO ORDERED.

**Date:** _July 13, 2012_

Laurel Beeler
United States Magistrate  Judge